UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches; Clark Proctor JR.; John Mark Johnson,
Plaintiffs

V.  6:08-635-MBS-WMC

Nicholas Edward Pittarelli; John A. Rogers JR.
Defendants

Class Action suit Pursuant to Fed R. Civ P 20
Temporary Restraining order

Plaintiffs face imminent danger. Plaintiffs constitutional rights are being violated under 6th amendment Booker and Fan Fan, and 8th amendment cruel and unusual punishment. Plaintiffs are recieving threats. Plantiffs seek a restraining order

Jonathan Lee Riches
Clark Proctor
John Johnson
P.O. Box 340
Salters, S.C. 29590

Respectfully