Name: Jonathen Lee Riches
Register Number: 40948-016
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

United States District Court
District of South Carolina
Clerk of Court
Haynsworth Federal Bldg
300 E. Washington St
Greenville, S.C. 29601

FLORENCE SC 295
18 JAN 2008 PM 1 L